IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAN CAFFEY                                                  PETITIONER

V.                            4:07CR00250-2
                             4:14CV00339

UNITED STATES OF AMERICA                        RESPONDENT

## ORDER

Pending is Petitioner Dan Caffey's pro se motion to vacate, set aside or correct sentence under 28 U.S.C. §2255. The Government is directed to respond to the petition no later than August 15, 2014.

IT IS SO ORDERED this 7th day of July, 2014.

_____
James M. Moody Jr.
United States District Judge