## IN THE UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                     4:07-CR-00250-02-JM
                                        4:15-CV-00763-JM

DAN MORRELL CAFFEY

### ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 404) and Motion for Two Point Reduction (Doc. No. 405), based on Sentencing Guideline Amendment 782 are DENIED.

**Habeas Petition** – Defendant's first habeas petition was denied on May 1, 2015.[1] As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts.[2] Because Defendant failed to obtain certification from the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of jurisdiction.

**Amendment 782** – Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. Since Defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, he is not eligible for a reduction.

IT IS SO ORDERED this 15th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 399.

[2] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).